UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21177-CIV-FAM

EDWIN BASIL FERRUFINO SANCHEZ,       )
and all others similarly situated under 29   )
U.S.C. 216(b),                                )
                                              )
                                              )
            Plaintiff,                        )
    vs.                                       )
                                              )
                                              )
PIZZA POINT I, INC., and                     )
ASHWANI KUMAR,                                )
                                              )
                                              )
            Defendants.                       )
_____

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (4/1/13-2/17/16):**
Amount of half time per hour not compensated: $5.62
Weeks: 150
Overtime hours per week: 32
Total wages unpaid and liquidated damages: $26,976 X 2 = $53,952

Attorney fees and costs to date:
J.H. Zidell, Esq. - 1.7 hours X $390.00 per hour = $663
K. David Kelly, Esq. – .9 hours X $350.00 per hour = $315
Rivkah Jaff, Esq. – .2 hours X $260.00 per hour = $52

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:__/s/_____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/5/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**